UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 16-1072-DMG (JPRx)** | Date | December 16, 2016 |

| | |
|---|---|
| Title | *Latrina Phillips v. Roadrunner Intermodal Services, LLC, et al.* |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

On November 7, 2016, the parties in *Rich v. Roadrunner, et al* (CV 15-7330) filed their joint status report. Plaintiffs contend that *Singh, et al, v. Roadrunner, et al.* (N.D. Cal, CV 15-1497), currently pending in the Eastern District of California, should be transferred to the Central District of California and consolidated with the *Rich* action. Defendants contend that *Rich* action should be transferred to the Eastern District and consolidated there with the *Singh* action, which is the first-filed action.

IT IS ORDERED that Plaintiffs in this action show cause in writing no later than **December 30, 2016** why this action should not be transferred to the Eastern District of California. Defendants shall file a response thereto by **January 13, 2017**.

IT IS SO ORDERED.